**Dismissed and Memorandum Opinion filed August 26, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00361-CV

## RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant

## V.

## BANK OF AMERICA, N.A., Appellee

### On Appeal from the 151st District Court
### Harris County, Texas
### Trial Court Cause No. 2012-32577

## M E M O R A N D U M   O P I N I O N

This appeal is from a summary judgment signed February 12, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 3, 2014, this court notified appellant to provide proof of payment for the record within fifteen days or the appeal would be dismissed. On July 15, 2014, the court reporter advised this court that she had been paid for preparation of the

reporter's record, but no response has been filed concerning payment for the clerk's record. On July 31, 2014, this court issued an order requiring appellant to pay for preparation of the clerk's record and provide this court with proof of payment on or before August 15, 2014. The order stated that if appellant failed to comply with the order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Brown, and Wise.